NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARZUQ AL-HAKIM a/k/a MARCUS       )
B. HARRIS, DOC #839504,            )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No.  2D18-377
                                   )
WARDEN OF ZEPHYRHILLS C.I.;        )
RANDY SURBER; JULIE L. JONES;      )
DR. PROFIT, and DR. ROHANNA,       )
                                   )
            Appellees.             )
_____    )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

Marzuq Al-Hakim a/k/a Marcus B. Harris,
pro se.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.